No. 15,136.

GRAY v. HORN.
(126 P. [2d] 1043)

Decided May 11, 1942.   Rehearing denied June 8, 1942.

Mr. HARRY E. MAST, for plaintiff in error.

Mr. JOHN B. BARNARD, for defendant in error.

*On Petition for Rehearing.*

MR. CHIEF JUSTICE YOUNG, formerly concurring in the affirmance of the judgment, now dissents.